IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00283-REB-KLM

GERALD CESSAR,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, a Department of the State of Colorado,
ARISTEDES ZAVARAS, in his official capacity as the Executive Director of the Colorado Department of Corrections,
RON LEYBA, in his official capacity as the Warden of Arrowhead Correctional Facility, and
JOHN DOES 1-10,

    Defendant(s).
_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Combined Motion to Amend and Response to Motion to Dismiss Complaint** [Docket No. 14; Filed July 2, 2008]. The pleading at issue, which includes a motion and a response, does not comply with D.C. Colo. L. Civ. R. 7.1(C). However, to the extent that Plaintiff seeks to amend his complaint, he may do so once as a matter of course without leave of Court pursuant to Fed. R. Civ. P. 15(a) as no answer or responsive pleading has been filed. *See Glenn v. First Nat'l Bank*, 868 F.2d 368, 370 (10th Cir. 1989) (holding that a motion to dismiss is not a responsive pleading for purposes of Rule 15). Accordingly,

    IT IS HEREBY **ORDERED** that Plaintiff's request to amend his complaint is **GRANTED**. Plaintiff's proposed Amended Complaint [Docket No. 14-2] is accepted for filing as of this date.

    IT IS FURTHER **ORDERED** that Defendants shall answer or otherwise respond to the Amended Complaint on or before **July 22, 2008**.

Dated: July 2, 2008