IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-00283-REB-KLM

GERALD CESSAR,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, a Department of the State of Colorado,
ARISTEDES ZAVARAS, in his official capacity as the Executive Director of the Colorado Department of Corrections,
RON LEYBA, in his official capacity as the Warden of Arrowhead Correctional Facility, and
JOHN DOES 1-10,

    Defendants.

## MINUTE ORDER[1]

    Defendants' filed **Defendants' Combined Motion To Dismiss and Memorandum Brief in Support of Motion To Dismiss Plaintiff's Complaint** [#8] on May 27, 2008. Plaintiff did not respond directly, but instead filed **Plaintiff's Combined Motion To Amend and Response to Motion To Dismiss Complaint** [#14] on July 2, 2008. Magistrate Judge Mix granted their motion, and the **Amended Complaint** [#17] was filed on July 2, 2008. Based on the record of this case, the court has concluded that the motion to dismiss should be denied as moot.

    **THEREFORE, IT IS ORDERED** that **Defendants' Combined Motion To Dismiss and Memorandum Brief in Support of Motion To Dismiss Plaintiff's Complaint** [#8] on May 27, 2008, is **DENIED** as moot.

    Dated: July 10, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.